|   |   |
|---|---|
| 1 | **JAMES F. LISOWSKI, SR.,**<br>**Panel Bankruptcy Trustee**<br>Nevada Bar No.: 4321<br>P.O. Box 95695<br>Las Vegas, NV 89193<br>(702) 737-6111 |

RECEIVED
AND [FILED]

JUL 11  11 59 AM '11

## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF NEVADA

In re:  )  CASE NO.: BK-S-08-20314 BAM
GARILYNE HERNANDEZ  )  Chapter 7 – Liquidation
 )
 )
 )
Address:  )
 5618 MIDNIGHT BREEZE ST.  )
 NORTH LAS VEGAS, NV 89081  )
 )  Hearing Date: N/A
 )  Hearing Time: N/A

TO: Clerk, United States Bankruptcy Court

FROM: James F. Lisowski, Sr., Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim No. | Creditor Name / Address | Dividend |
|---|---|---|
| GH | Garilyne A. Hernandez<br>5618 Midnight Breeze Street<br>North Las Vegas, NV 89081 | 1,626.48 |
| 5 | LIONEL J. HANDLER, MD<br>3150 N. TENAYA WAY, #350<br>LAS VEGAS, NV 89128 | 3.56 |
|   | **TOTAL:**  $ | **1,630.04** |

Dated: 7/8/11

_____
James F. Lisowski, Sr., Trustee

NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on one check.

202798 - $1,630.04